```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23247
   WILLIAM A DOW
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1602


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/02/08 .

    2.  The case was dismissed without confirmation, 01/09/2009.

------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
OCWEN LOAN SVCG           CURRENT MORTG          .00            .00            .00
OCWEN LOAN SVCG           MORTGAGE ARRE   NOT FILED             .00            .00
CHASE AUTOMOTIVE FINANCE  SECURED VEHIC          .00            .00            .00
HSBC AUTO FINANCE         SECURED VEHIC          .00            .00            .00
ACCOUNTS RECOVERY BUREAU  UNSECURED       NOT FILED             .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED             .00            .00
CHASE BANK USA            UNSECURED       NOT FILED             .00            .00
CCA                       UNSECURED       NOT FILED             .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED             .00            .00
H&F LAW                   UNSECURED       NOT FILED             .00            .00
H&F LAW                   UNSECURED       NOT FILED             .00            .00
MERRICK BANK              UNSECURED       NOT FILED             .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00           .00           .00           .00
PRINCIPAL PAID          .00          .00           .00           .00           .00
INTEREST PAID           .00          .00           .00           .00           .00
TOTAL PAID              .00          .00           .00           .00           .00
The Debtor's attorney, BOHLMAN LAW OFFICES            , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 03/13/09                    /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

```
                              PAGE   2
CASE NO. 08 B 23247 WILLIAM A DOW
```